McELROY, DEUTSCH, MULVANEY & CARPENTER, LLP
Wall Street Plaza
88 Pine Street, 24th Floor
New York, New York 10005
(212) 483-9490
Attorneys for Plaintiff,
Kiewit Constructors, Inc.

08 CV 3946

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

KIEWIT CONSTRUCTORS, INC.,

    Plaintiff,

v.

BUILDING, CONCRETE, EXCAVATING &
COMMON LABORERS UNION LOCAL
NO. 731, OF GREATER NEW YORK,

    Defendant.

Case No.

Civil Action

RULE 7.1 DISCLOSURE STATEMENT

---

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for plaintiff, Kiewit Constructors, Inc., hereby certifies that Kiewit Construction Company is the parent corporation of Kiewit Constructors, Inc. that holds 10% or more of Kiewit Constructors, Inc.'s stock.

Attorneys for Plaintiff,
Kiewit Constructors, Inc.

Date: April 28, 2008

By: _____
Mark A. Rosen (MAR 2030)
Scott A. Levin (SL 9041)
McElroy, Deutsch, Mulvaney
& Carpenter, LLP
88 Pine Street – 24th Floor
New York, New York 10005
(212) 483-9490

1082638-1