# MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP
### ATTORNEYS AT LAW

1300 MOUNT KEMBLE AVENUE
P.O. BOX 2075
MORRISTOWN, NEW JERSEY 07962-2075
(973) 993-8100
FACSIMILE (973) 425-0161

MARK A. ROSEN
Direct dial: (973) 425-8763
mrosen@mdmc-law.com

April 29, 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/2/08

**Via Facsimile 212-805-7941**
Honorable Loretta A. Preska
Daniel P. Moynihan U.S. Courthouse
500 Pearl Street, Room 1320
New York, New York 10007

RE: **Kiewit Constructors, Inc. v. Building, Concrete, Excavating & Common Laborers Union Local 731 of Greater New York**
**Case No. 08 CV 3946**

Dear Judge Preska:

We are the attorneys for the plaintiff in the above-referenced matter. Pursuant to our discussion with chambers yesterday, the following is the briefing schedule that has been agreed to by the parties:

- Opposition papers to be served and filed by May 27, 2008;
- Reply papers served and filed June 10, 2008; and
- Oral argument of the motion, June 18, 2008 at 9:00 a.m.

This is to further confirm that the parties have agreed to adjourn the arbitration pending a decision on this motion.

Thank you for your courtesies in this matter.

Respectfully yours,

MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP

Mark A. Rosen

MAR/jk
cc: Angelo Bisceglie, Esq. – via facsimile 973-742-7999

SO ORDERED:

*Loretta A. Preska*
Loretta A. Preska, U.S.D.J.
April 30, 2008

NEWARK, NEW JERSEY   RIDGEWOOD, NEW JERSEY   NEW YORK, NEW YORK   DENVER, COLORADO   PHILADELPHIA, PENNSYLVANIA
1083616_1