Scott A. Levin (SL-9041)
McElroy, Deutsch, Mulvaney & Carpenter, LLP
88 Pine Street – 24th Floor
New York, New York 10005
(212) 483-9490
Attorneys for Plaintiff,
Kiewit Constructors, Inc.

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| KIEWIT CONSTRUCTORS, INC., <br><br> Plaintiff, <br><br> v. <br><br> BUILDING, CONCRETE, EXCAVATING & COMMON LABORERS UNION LOCAL NO. 731, OF GREATER NEW YORK, <br><br> Defendant. | Case No. 08-cv-3946 <br><br> <u>Civil Action</u> <br><br> **CERTIFICATION OF SERVICE** |

**SCOTT A. LEVIN**, of full age, an attorney duly admitted to practice before the State and Federal Courts of New York, certifies the following under penalty of perjury:

1. I am an associate with the firm of McElroy, Deutsch, Mulvaney & Carpenter, LLP, 88 Pine Street – 24th Floor, New York, New York 10005.

2. On June 10, 2008, I served the Reply Brief in Further Support of the Application of Plaintiff, Kiewit Constructors, Inc., for an Order Vacating Arbitration and in Opposition to the Union's Cross-Motion to Compel Arbitration, by regular mail and by Electronic Case Filing (ECF), on the following:

Angelo R. Bisceglie, Jr., Esq.
Bisceglie and Friedman, L.L.C.
One Newark Center, 19th Floor
Newark, NJ 07102
(973) 624-7500
Counsel for Defendant,
Building, Concrete, Excavating & Common Laborers Union Local No. 731, of Greater New York

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements are willfully false, I subject to punishment.

                                                       _/s/ Scott A. Levin_
                                                          Scott A. Levin

1101039_1