BISCEGLIE & DEMARCO, LLC
365 Rifle Camp Road
West Paterson, NJ 07424
(973) 742-8900
Attorneys for Defendant, Building, Concrete, Excavating &
Common Laborers Union Local No. 731, of Greater New York

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KIEWIT CONSTRUCTORS, INC., <br><br> Plaintiff, <br><br> v. <br><br> BUILDING, CONCRETE, EXCAVATING & COMMON LABORERS UNION LOCAL NO. 731, OF GREATER NEW YORK, <br><br> Defendant. | Case No. 08-CV-3946 (LAP) <br><br> AFFIDAVIT OF <br> FRANK P. OMBRES |

STATE OF NEW YORK  }
                   }  ss:
COUNTY OF QUEENS   }

**FRANK P. OMBRES**, being duly sworn, deposes and says:

1. I am the Secretary-Treasurer of defendant Building, Concrete, Excavating & Common Laborers Union Local 731 of Greater New York ("Local 731") and I submit this affidavit in opposition to the motion by plaintiff Kiewit Constructors, Inc. ("KCI") to stay an arbitration commenced against it by Local 731, and in support of Local 731's cross-motion to compel such arbitration.

2. I am informed that, although KCI admittedly is a party to a collective bargaining agreement ("CBA") with Local 731 which provides for arbitration, it has opposed arbitration on the ground that it is not required to arbitrate matters relating to another company, Mass Electric Construction Co. ("MEC"). I am further informed that KCI has admitted that both it and MEC are

1

owned by a third company, Kiewit Construction Company ("KCC"), but that KCI's counsel has represented to the Court that KCC "is not a signatory to the CBA and is not bound by the CBA."

3. Contrary to the above assertion, KCC is bound by the CBA, having duly authorized and appointed the General Contractors Association of New York, Inc. ("GCA"), as its sole and exclusive bargaining agent in the negotiation, execution and administration of the collective bargaining agreement with the Building, Concrete, Excavating and Common Laborers Union Local 731 of Greater New York, Long Island and Vicinity of the Laborers International Union of North America, AFL-CIO.

4. Attached as Exhibit 10 is a copy of a list (prepared by GCA) of the companies (including KCC) which have authorized GCA to negotiate and execute the CBA with Local 731.

                                                                 Frank P. Ombres

Sworn and subscribed before me on this
17th day of June, 2008

_Melvin Feder_
Notary Public

MELVIN FEDER
Notary Public, State of New York
No. 31 02-FE-4524334
Qualified in Queens County
Commission Expires January 31, 20 11

2

**EXHIBIT 10**

# GCA LIST

*Revised 5/2/08*

THE FOLLOWING HAVE DULY AUTHORIZED AND APPOINTED THE
GENERAL CONTRACTORS ASSOCIATION OF NEW YORK, INC. AS ITS SOLE
AND EXCLUSIVE BARGAINING AGENT IN THE NEGOTIATION, EXECUTION
AND ADMINISTRATION OF THE COLLECTIVE BARGAINING AGREEMENT
WITH THE BUILDING, CONCRETE, EXCAVATING AND COMMON LABORERS
UNION <u>LOCAL 731</u> OF GREATER NEW YORK, LONG ISLAND AND VICINITY
OF <u>THE LABORERS INTERNATIONAL UNION OF NORTH AMERICA, AFL-CIO:</u>

    AFC/CAC JV
    AIRRAIL CONSTRUCTION JOINT VENTURE
    AJI DEDONA CONSTRUCTION CORP.
    ALICER CONSTRUCTION CORP.
    ALICER CONTRACTING CORP.
    AMCI CONSTRUCTION INC. (name change)
    ANSELMI & DECICCO, INC.
    ARGRETT ENTERPRISES CORP.
    ARGRETT ENTERPRISES CORP./AMAZON ASSOCIATES JV
    ART CONSTRUCTION SYSTEMS, INC.
        WM. A. GROSS CONST. ASSOC. INC. J.V.
    ATLANTIC MARINE CONSTRUCTION
    ATLANTIC SEA-CON LTD.
    HAYWARD BAKER INC.
    BANCKER CONSTRUCTION CORP.
    BARBELLA ENVIRONMENTAL TECHNOLOGY, INC.  3/24/06
    BARWICK ASSO INC.
    BARWICK ASSOCIATES INC.
    BASIC PLUMBING CORP.
    BEAVER CONC CONST. CO. INC. (NAME CHANGE)
    BECOM REAL INC.
    BERNMIL CONTRACTING CORP./E&M UTILITIES CO. INC.
        EMI SUBSTRUCTURES INC. JV
    BERNMIL CONTRACTING CORP./E.MUCCINI INC./
        E&M UTILITIES INC.
    BERNMIL CONTRACTING CORP. & SEABURY CONSTRUCTION
        CORP. JV
    BI-COUNTY CONSTRUCTION & BI-COUNTY PAVING JV II
    BI-COUNTY PAVING CORP.
    BI-COUNTY PAVING & CONSTRUCTION COMPANY
    GARDNER M. BISHOP INC.
    BISHOP/HALMAR JV
    BISHOP/SANZARI JV
    BISHOP/SANZARI/CREAMER
    GARDNER-BISHOP/SARDA-LAND JV
    SYLVIA BLACK CONSTRUCTION CORP.
    BLANDFORD LAND CLEARING CORP.

BLANDFORD LAND DEVELOPMENT CORP. (*name changed to SDL Construction Corp.)*
BLUE WATER ENVIRONMENTAL, INC. (*name changed*)
BONACO CONSTRUCTION CO. OF N. J.
BOVA & MONDI INC.
J. E. BRENNEMAN CO.
THE BRIAR CONTRACTING CORP.
BUCKRAM INDUSTRIES CORP.
C.A.C. INDUSTRIES, INC.
CCA CIVIL-HALMAR INTERNATIONAL LLC
C.E.F. CONT. INC.
C & G PIPE COATERS, INC.
C & P EQUIPMENT CORP.
CAB ASSOCIATES
CANAL ASPHALT, INC.
CAPASSO CONTRACTING CORP.
CARBRO CONSTRUCTION CORP.
CARLTON CONCRETE CORP.
CARNESI TRUCKING CO. INC.
CARO ENTERPRISES INC.
D.A. & L. CARUSO INC.
CASTAGNA & SON
CAYUGA-CAYGON JV
CAYUGA CONSTRUCTION CORP.
CENTRAL YANKEE CONTRACTING CORP.
CITNALTA CONSTRUCTION CORP.
CITY WIDE PLUMBING
CIVETTA/CIREGNA CONTRACTING INC.
CIVETTA/COUSINS JV
CIVETTA COUSINS/URBAN JV
CIVETTA-FALCO JV
CIVETTA-FALCO-FRANKI JV
CORINNO CIVETTA CONSTRUCTION CORP.
JOHN CIVETTA & SONS INC.
CLARKE-FITZPATRICK INC.
J.T. CLEARY, INC.
COBAR CONSTRUCTION CORP.
COFIRE PAVING CORP.
COFIRE-UNICORN JOINT VENTURE LLC
CONCORD CONSTRUCTION CO.
CONDUIT-BUCKLEY, A JOINT VENTURE
CONDUIT-COURTER JV
CONDUIT/DURR A JOINT VENTURE
THE CONDUIT AND FOUNDATION CORP.
CONTI OF NEW YORK, LLC
COPPOLA PAVING & LANDSCAPING CORP.

2

COSTAR CONSTRUCTION           3/31/08
CONTACT SHEETING INC.
CORBETTA CONSTRUCTION CO. INC.
CORBETTA/ARGRETT JV
CORBETTA COURTER BUCKLEY STEERS JV
A.C. CORONATO CORP.
COSTELLO CONSTRUCTION CO. INC.
COSTELLO INDUSTRIES INC.
J. FLETCHER CREAMER & SON INC.
CRISDEL GROUP, INC.
CRIMMINS CONSTRUCTORS INC.
THOMAS CRIMMINS CONTRACTING CO.
CRISCAMA BEAVER
E.E. CRUZ & CO. INC.
CRUZ CONTRACTING CORP.
CRUZ ENTERPRISES, LLC
E.E. CRUZ/NAB/FRONTIER KEMPER JV
D-STAR WATERPROOFERS, INC.
D'ANNUNZIO & SONS INC.
DPE CONSTRUCTION INC.
DANELLA CONSTRUCTION OF NY, INC.
GALE DANIELS ENTERPRISES, INC.
DAVIS CONSTRUCTION CORP.
DEBOE CONSTRUCTION CORP.
DEDONA CONTRACTING CORP.
DEDONA CONTRACTING CORP. C.M.P. CONSTRUCTION CORP. JV
DEFOE CORP.
DELANEY ASSOCIATES,LP
DE LAURENTIS CONSTRUCTION CO. INC.
DELMA CONSTRUCTION CO. INC.
DELMA ENGINEERING CORP.
DEMICCO BROS., INC.
DIAMOND ASPHALT CORP.
DOUBLE R CONSTRUCTION CORP.
DOYLE-BALDANTE INC.
DRAGADOS USA, INC./JUDLAU CONTRACTING INC. JV
DRYDEN DIVING CO., INC.
E.J. EXCAVATING CO. INC.
E & M UTILITIES CO. INC.
E & M UTILITIES CO. & E.M.I. SUBSTRUCTURES INC. JV
EARTHBANK CO. INC.
EBERHART CONSTRUCTION CO. INC.
ECCO III ENTERPRISES, INC.
EDENWALD CONTRACTING CO. INC.
EL SOL CONTRACTING & CONST. CO.
EL SOL CONTRACTING/EL SOL LIMITED ENTERPRISES JV

EL SOL CONTRACTING/GCCOM CONSTRUCTION JV     5/24/07
EMERALD CONSJTRUCTION CORP.
EXCEL GROUP, INC.
F & F CONTRACTING CORP.
F & F GEN. CONTR. CO. INC.
F & S CONTRACTING LLC
FNC EXCAVATION CORP.
FPR CONSTRUCTION CORP.
FALCO CONSTRUCTION CORP.
FARRUGGIO CONSTRUCTION CO. INC.
J. FERRANTI CONTRACTING INC.
FERREIRA BROS. CONTRACTING INC.
FERREIRA CONSTRUCTION CO. INC.
EDWARD B. FITZPATRICK JR. CONSTRUCTION CORP.
FITZPATRTICK-ARUNDEL, JV
E.B. FITZPATRICK AND ASSOC. & SCHIAVONE CONSTRUCTION CO.
FIVE BORO ROOFING & SHEET METAL WORKS INC.
FLEET TRUCKING INC.
FORT NECK SEWER CORP.
FRANKI FOUNDATION CO.
FRATCO CONSTRUCTION CORP.
FREEZEWALL INC.
FRONTIER-KEMPER CONSTRUCTORS, INC.
FRONTIER-KEMPER/DURR/PERINI, JV
FRONTIER-KEMPER/SILVERITE A JV
FUNMAR CONSTRUCTION CORP.
GLM MECHANICAL ASSOCIATES INC.
GMG CONSTRUCTORS JV
D. GANGI CONTRACTING CORP.
GATES CONSTRUCTION CORP.
GATEWAY INDUSTRIES, INC.
GATEWAY INDUSTRIES, INC./J.D. POSILLICO, INC. JV
GAYLE CONSTRUCTION CO., INC.
GEROSA CONSTRUCTION CORP.
GLENRIDGE FABRICATORS INC.
GONSA EXCAVATION CORP.
GOTTLIEB SKANSKA INC.
ANTHONY GRACE & SONS
GRACE ASSOCIATES, INC.
GRACE INDUSTRIES, INC.
GRACE IND INC/EL SOL CONTRACTING J.V.
GRACE INDUSTRIES, INC./ EL SOL CONTRACTING &
   CONSTRUCTION CORP. J.V. #2
GRAMERCY GOUP, INC.
GRANITE CONSTRUCTION NORTHEAST, INC. *(name change)*
THE GREAT AMERICAN STONE CO.

WILLIAM A. GROSS CONST. ASSOC. INC.           4/16/08
S.J. GROVES & SONS CO.
GROW-GOTTLIEB, A JV
GROW/PERINI
GROW/PERINI/SKANSKA
GROW TUNNELING CORP.
HH JR CONSTRUCTION LTD. D/B/A ACCURATE ENTERPRISES
HHM ASSOCIATES INC.
H & O CONTRACTING CO. INC.
THE HALMAR CORP.
HALMAR INTERNATIONAL
HANNIBAL CONSTRUCTION CO. INC.
HANNIBAL CONSTRUCTION & DEV.
S.A. HEALY CO., YONKERS CONTRACTING CO. INC.
   & ATLAS-GEST CORP. JV
HEALY TIBBITTS CONSTRUCTION CO.
HENDRICKSON BROS. INC.
HENDRICKSON/SCALAMANDRE/POSILLICO, A TRI-VENTURE
HIGHBRIDGE YARD CONSTRUCTORS A JV
HILL VIEW CONSTRUCTORS
GEORGE HOFFMAN & SONS INC.
HYCON CONSTRUCTION SYSTEMS CORP.
I.C.O.S. CORP. OF AMERICA
IMPULSE ENTERPRISES OF NY, INC.
INGRAM & GREENE INC.
INTEGRATED CONSTRUCTION MANAGEMENT
INTEGRATED STRUCTURES CORP.
INTERSTATE CRANE CORP.
INTERSTATE INDUSTRIAL CORP.
INTERSTATE PAYROLL COMPANY, INC.
ISLAND FOUNDATIONS CORP.
IVANI CONT CORP./ HH JR CONST. LTD. J.V.
J-TRACK, LLC
J.B. & W. CONSTRUCTION CO. INC.
JCI (JOY CONTRACTORS, INC.)
J & L CONCRETE CONSTR. CORP.
JMA CONCRETE CONSTRUCTION CO. INC.
JRCNY
JO-DELL EXCAVATING CORP.
OLLIE JOHNSON
JOPEL CONTRACTING
JUDLAU CONTRACTING INC.
JUDLAU/PRIMA JOINT VENTURE
KC CONSTRUCTORS INC.
KELCO CONSTRUCTION INC.
KIEWIT CONSTRUCTION COMPANY

KIEWIT CONSTRUCTORS INC.            8/22/07
KIEWIT CONSTRUCTORS, INC./WEEKS MARINE INC. JV
KIEWIT/MTEC JV
KIEWIT/TIC JV
KIEWIT/TULLY JV
KISKA CONSTRUCTION CORP-USA
KISKA CONSTRUCTION INC.
KOCH SKANSKA, INC.
N. KRUGER INC.
KUSTOM CRANE SERVICE CORP.
L.J.G. CONSTRUCTION INC.
LAND-SITE CONTRACTING CO.
LAND-SITE CONTR. CORP.
LAQUILA CONSTRUCTION, INC.
THE LAQUILA GROUP, INC.
LAQUILA-ICOS JOINT VENTURE
LASTRADA GENERAL CONTRACTING CORP.
FRANCIS A. LEE EXTERIOR RESTORATION CORP.
FRANCIS A. LEE COMPANY, A CORPORATION (*name changed from Francis A. Lee Exterior Restoration Corp.*)
LESKAY CONSTRUCTION SERVICES INC.
LONG'S CONSTRUCTION INC.
LOWY & DONNATH INC.
MG FORGE CONSTRUCTION, LLC
MGK CONSTRUCTORS
MTCC CORP.
MVN ASSOCIATES, INC.
M-TRACK ENT., INC.
MACLEAN GROVE & INC.
MACRO ENTERPRISES LTD.
MALDEN CONTRACTING CORP.
MARIETTA TRUCKING CORP.
MARCO MARTELLI ASSOCIATES INC.
MARINE HULLS INC.
MASPETH SUPPLY CO., LLC
MASTER WATERPROOFERS INC.
MAX-TEC CONSTRUCTION CORP.
McCLOSKEY CONTRACTING CO., INC.
JAMES McCULLAGH CO., INC.
MERCO, INC.
MERGENTIME CORP.
MERGENTIME/WHITE
METROTECH CONTRACTING CORP.
MIGOYA CONSTRUCTION CORP.
MODERN CONTINENTAL COMPANIES INC.
MOHAWK CONSTRUCTORS INC.

MONTAUK SAND & GRAVEL CORP.                    4/4/08
MORETRENCH AMERICAN CORPORATION
MORETRENCH-HAYWARD BAKER JV
T. MORIARTY & SON INC.
A. MURATORE CONTRACTING CO.
NBC CONSTRUCTION CORP.
NAB CONSTRUCTION CORP.
NACLERIO CONTRACTING
NACLERIO CONTRACTING CO. INC./ BELLINO CONSTRUCTION
   CO. INC. JV
NANCO CONTRACTING CO. INC.
NELSON ST. SHAFT CONSTRUCTORS
NICHOLSON CONSTRUCTION CO.
NICHOLSON/E.E. CRUZ, LLC
NICHOLSON CONSTRUCTION CO./HAYWARD BAKER (WTC) A J
NICHOLSON-RODIO JOINT VENTURE
NICHOLSON-SEIKO JOINT VENTURE
NORTHEAST COMMONWEALTH, INC.
NORTHEAST CONSTRUCTION, INC.
NORTHEAST/REMSCO CONSTRUCTION, INC.
NORTH RIVER ASSOCIATES JV
NORTH STAR CONTRACTING CORP.
OCEAN MARINE CONSTRUCTION, INC.
OCEAN MARINE DEVELOPMENT CORP.
N.A. ORLANDO CONTRACTING CORP.
P.C.M. CONTRACTING CO., INC.
PACCHIOSI DRILL USA
M.J. PAQUET, INC.
PAVARINI CONSTRUCTION CO. INC.
PAXTON/LAND-SITE JV
PAXTON-LANDSITE INC.
A.J. PEGNO CONSTRUCTION CORP.
A.J. PEGNO CONSTRUCTION CORP./TULLY
   CONSTRUCTION CO. INC./JV
PENNY CONTRTACTING CORP.
PENTA CONSTRUCTION CORP.
PENTA CONSTRUCTION CORP./E. GOLDMAN INC.
PERINI CORP.
PERINI CORP./O & G IND. INC.
PERINI/O & G A JV
PERINI/TUTOR-SALIBA
PERINI/TUTOR SALIBA II
PETMAR BUILDERS CO. A DIV. OF
   YONKERS CONTRACTING CO. INC.
PETRACCA & SONS INC.
PETRO CONCRETE STRUCTURES INC.

PHOENIX CONSTRUCTORS, JV                          1/8/08
PETRO CONCRETE STRUCTURES/LESKAY CONST. SERVICE JV
PICONE/McCULLAGH A JV
JOHN P. PICONE INC.
PILE FOUNDATION CONSTRUCTION CO., INC.
PMNC, A JOINT VENTURE
POSILLICO CIVIL, INC. (*name change*)
POSILLICO ENVIRONMENTAL, INC. (*name change*)
J.D. POSILLICO INC.
POSILLICO-SCALAMANDRE JOINT VENTURE
POSLAU JOINT VENTURE
PRIMA JUDLAU JV
PRIMA PAVING CORP.
PRISTINE MANAGEMENT CORP.
QUEENS STRUCTURE CORP.
N.A. ORLANDO CONTRACTING CORP.
RCB CONSTRUCTION CORP.
RCC BUILDERS & DEVELOPERS, INC.
RCC BUILDERS & DEVELOPERS INC./LOVETT SILVERMAN
   CONSTRUCTION CONSULTANTS INC. A JV
RCC PILE & FOUNDATION, INC.
RMSK CONTRACTING CORP.
R.T. SEWER PROJECT CORP.
R.T. SEWER PROJ. CORP./IVANI CONT. CORP. JV
RWKS TRANSIT, INC.
RAILROAD CONSTRUCTION FAMILY OF COMPANIES
RAYMOND-BALPORT
RAYMOND INTERNATIONAL BUILDERS INC.
RAYMOND/SCHIAVONE JV
RED HOOK CONSTRUCTORS
REGAN CONSTRUCTION CO.
REGAR LANDFILL CORP.
REICON GROUP, LLC
REMSCO CONSTRUCTION, INC.
RIBAR CONTRACTING, INC.
RIVER PILE & FOUNDATION CO. INC. C/O of SIMEON BEER
RIVERVIEW CONSTRUCTION INC.
ROAD MATERIAL CORP.
RODIO-ICOS-CASE JOINT VENTURE
GEO. W. ROGERS CONSTRUCTION CORP.
ROGER & SONS CONCRETE INC.
RUSS BROS. INTERNATIONAL
RUTTURA & SONS CONSTRUCTION CO., INC.
S3 TUNNEL CONSTRUCTORS JV
S-3II TUNNEL CONSTRUCTORS JV
SBG CONSTRUCTION CORP.

SDL CONSTRUCTION CORP. (*name changed from Blandford Land Development Corp.*)
S & M - PICONE JV                              10/26/07
SSI-ECCO III JV
SPMP JOINT VENTURE
SANTOP CONSTRUCTION CO. LTD.
SANTORA CRANE SERVICE INC.
SCHIAVONE-CITNALTA JV
SCHIAVONE CONSTRUCTION CO.
SCHIAVONE CONSTRUCTION CO. & AMERICAN BRIDGE COMPANY
SCHIAVONE/FRONTIER-KEMPER-J.F. SHEA, A JV
SCHIAVONE/GRANITE HALMAR
SCHIAVONE-PICONE JV
SCHIAVONE/J.F. SHEA
SCHIAVONE CONSTRUCTION CO., INC./SHEA/FRONTIER-KEMPER
SCHNABEL FOUNDATION CO.
NICHOLAS SCHWALJE INC.
SETTE JULIANO CONSTRUCTION CORP.
SETTE-JULIANO CONST./LANDSITE CONTRACTING JV
SETTE-JULIANO CONTRACTING CORP.
SETTE-JULIANO CONTRACTING CORP./HALCYON CONSTR CORP./J.V.
SETTE-JULIANO CONTRACTING INC.
SETTE-JULIANO CONTRG INC./LAND-SITE
SETTE-JULIANO INDUSTRIES LTD.
SITE-TECH CONTR. CORP.
SITE-TECH/PICONE J.V.
SILVERITE CONSTRUCTION CO. INC.
SKANSKA KOCH (*name change*)
SKANSKA MECHANICAL AND STRUCTURAL INC. (*name change*)
SKANSKA USA CIVIL NORTHEAST INC. (*name change*)
SLATTERY GOTTLIEB, A JOINT VENTURE
SLATTERY SKANSKA INC.
SLATTERY SKANSKA, INC. & EDWARDS & KELCEY, A JV
SLATTERY SKANSKA, INC. & WEEKS MARINE, INC. JV
SLATTERY, SORDONI, JV
SPEARIN, LLC
SPEARIN, PRESTON & BURROWS INC.
SPENCER WHITE & PRENTIS FOUNDATION CORP.
SPIRAL CONTRACING CORP.
STATEN PUMP & TANK, INC.
J. RICH STEERS INC.
STEERS-BUCKLEY-GATES-SPEARIN
STONITE ASSOCIATES INC.
TGI EAST COAST CONSTRUCTION CORP.
T & S ELECTRICAL CORP
T.W. CONTRACTING CO. INC.

9

TADCO CONSTRUCTION CORP.                        8/21/06
TERN CONSTRUCTION CO.
THALLE CONSTRUCTION CO. INC.
JOHN THATCHER & SON
FRED TODINO & SONS, INC.
MICHAEL J. TORPEY INC.
TOTALES' DEBEVOISE CORP.
TRANSIT CONSTRUCTION CORP.
TREVCON CONSTRUCTION COMPANY, INC.
TREVCON CONSTRUCTION CO./RMSK CONTRACTING CORP. JV
TREVI ICOS CORPORATION
TULGER CONTRACTING CORP.
TULLY CONSTRUCTION CO. INC.
TULLY CONSTRUCTION CO. INC./E.E. CRUZ JV
TULLY/GRACE JV
 TULLY CONSTRUCTION CO. INC./NAB CONSTRUCTION CORP. JV
 TULLY CONSTRUCTION CO. INC./A.J. PEGNO
   CONSTRUCTION CORP. JV
TULLY CONSTRUCTION CO. INC. &
  SITE-TECH CONTRACTING CORP. JV
U-LINERS CONTRACTING CO., INC.
UNDERPINNING & FOUNDATION SKANSKA, INC.
UNDERWATER INSPECTING & CONTRACTING INC.
UNICORN CONSTRUCTION ENTERPRISES, INC.
UNIVERSAL PLAY SYSTEMS INC.
URBAN ASSOCIATES
URBAN FOUNDATION CO. INC.
URBAN FOUNDATION/ENGINEERING,LLC
URBAN PILING CO. INC.
URBAN SUBSTRUCTURES INC.
URBAN SUBSTRUCTURES, INC. CIVETTA/COUSINS JV A JV
V.P.I. CONTRACTING CORP.
VNA REINFORCING STEEL CONCRETE CORP.
VVW REBAR CORP.
VAN CORTLANDT CONSTRUCTORS
VARLOTTA CONST. CORP.
VARLOTTA CONSTRUCTION CORP. ROAD BUILDERS
VARLOTTA EQUIPMENT CO., INC.
VASSALLO CONSTRUCTION CORP.
WALSH CONSTRUCTION CO., A DIV. OF GUY F. ATKINSON CO.
WARSHAW ASSOCIATES
BRIAN WARSHAW INC. & CHARLES WARSHAW INC.
WARSHAW BROS. INC.
WARSHAW CONSTRUCTION CORP. & RCB CONSTRUCTION CORP. JV
WATERFRONT CORP.
WEEKS MARINE, INC.

WESTKING CONSTRUCTION CO. INC.
THOR WETLESEN INC.
WESTRIDGE CONSTRUCTION CORP.
WILLETS POINT ASPHALT CORP.
WILLETS POINT CONTRACTING CORP.
WILLETS POINT CONTRACTING CORP. & ARGRETT
    ENTERPRISES CORP.
WISE CONSTRUCTION, INC.
WISE EXCAVATING INC.
YONKERS CONTRACTING CO.
YONKERS CONTRACTING CO., INC./DRAGADOS USA, INC. JV
YONKERS CONTRACTING CO. INC. & L.K. COMSTOCK & CO. INC.
YONKERS CONTRACTING CO., INC. AND
    J. A. JONES CONTRACTING CO., A JT. VENTURE
YONKERS CONTRACTING CO./TULLY CONSTRUCTION/
    A.J. PEGNO, A TRI VENTURE
YONKERS CONTRACTING CO. INC. & WEEKS
    STEVEDORING CO. INC.
YONKERS CONTRACTING CO. INC & WORTH ENGINEERING INC.JV.
ZINDLER CONSTRUCTION CORP.