```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/18/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

KIEWIT CONSTRUCTORS, INC.,

        Plaintiff,   :   08 Civ. 3946 (LAP)

  -against-   :   ORDER

BUILDING, CONCRETE, EXCAVATING &
COMMON LABORERS UNION LOCAL 731 OF
GREATER NEW YORK,

        Defendant.

------------------------------------x

LORETTA A. PRESKA, U.S.D.J.:

    For the reasons stated on the record in open court this morning, this action is dismissed in favor of arbitration.

    The Clerk of the Court shall mark this action closed and all pending motions denied as moot.

SO ORDERED:

Dated:    New York, New York
          June 18, 2008

                            *Loretta A. Preska*
                            LORETTA A. PRESKA, U.S.D.J.